FILED

2021 JUL -9 PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Noah Tavella<br>DEFENDANT(S). | CASE NUMBER<br>**21MJ03243**<br>21CR10208<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the _____ District of **Massachusetts** on **July 7, 2021**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **21** U.S.C., Section(s) **846**
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **7/8/21**
Date

_E._____          ERICK F. SAAVEDRA
Signature of Agent                Print Name of Agent

FBI                               SPECIAL AGENT
Agency                            Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT