Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**
2021 JUL -9 PM 12: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___OBB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Noah TAVELLA

PLAINTIFF

USMS# _____   DEFENDANT

CASE NUMBER: 21CR10208

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

21MJ03243

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/8/21 12:05 at ☐AM ☒PM
   or
   The defendant was arrested in the Central District of California on _____ at ☐AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☒No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒Yes ☐No

4. Charges under which defendant has been booked:
   21 U.S.C § 846

5. Offense charged is a: ☒Felony ☐Minor Offense ☐Petty Offense ☐Other Misdemeanor

6. Interpreter Required: ☒No ☐Yes  Language: _____

7. Year of Birth: 1991

8. Defendant has retained counsel: ☒No
   ☐Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: ERICK F. SAAVEDRA (please print)

12. Office Phone Number: 310-405-2746    13. Agency: FBI

14. Signature: [signed]    15. Date: 7/9/2021

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION